AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

CLARENCE JAY FAULKNER,

                Plaintiff,

                v.

STEVEN L. VAN AUSDLE and
CARLOS DELGADILLO,

                Defendants.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-12-5173-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: The Complaint is dismissed without prejudice.

| | |
|---|---|
| January 14, 2013 | SEAN F. McAVOY |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |